ANDRANIK TSARUKYAN, CA Bar No. 258241
andy@remedylawgroup.com
ARMEN ZENJIRYAN, CA Bar No. 261073
armen@remedylawgroup.com
PATRICIA LYNNE MITCHELL, CA Bar No. 216224
patti@remedylawgroup.com
REMEDY LAW GROUP LLP
610 E. Providencia Ave., Unit B
Burbank, CA  91501
Telephone   818-422-5941

Attorneys for Plaintiff
TIN NGUYEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIN NGUYEN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHANGE HEALTHCARE TECHNOLOGIES, LLC and DEBI WALLER,<br><br>　　　　　Defendants. | Case No. 8:22-cv-01933-CJC-JDEx<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Complaint Filed: September 16, 2022<br>Trial Date: January 30, 2024<br>Judge: Hon. Cormac J. Carney |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that on August 3, 2023 the parties participated in a full-day private mediation and ultimately reached an agreement to resolve this matter in its entirety. The parties anticipate filing a Stipulation to Dismiss Entire Action with Prejudice within 45 calendar days from today's date.

Dated: August 14, 2023	REMEDY LAW GROUP LLP


By: /s/ Andranik Tsarukyan
ANDRANIK TSARUKYAN
ARMEN ZENJIRYAN
PATRICIA LYNNE MITCHELL

Attorneys for Plaintiff
TIN NGUYEN