ANDRANIK TSARUKYAN, CA Bar No. 258241
andy@remedylawgroup.com
ARMEN ZENJIRYAN, CA Bar No. 261073
armen@remedylawgroup.com
PATRICIA LYNNE MITCHELL, CA Bar No. 216224
patti@remedylawgroup.com
REMEDY LAW GROUP LLP
610 E. Providencia Ave., Unit B
Burbank, CA  91501
Telephone   818-422-5941

Attorneys for Plaintiff
TIN NGUYEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIN NGUYEN, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>CHANGE HEALTHCARE TECHNOLOGIES, LLC and DEBI WALLER,<br><br>        Defendants. | Case No. 8:22-cv-01933-CJC-JDEx<br><br>**JOINT STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: September 16, 2022<br>Trial Date:      January 30, 2024<br>Judge:          Hon. Cormac J. Carney |

**TO THE HONORABLE COURT:**

Having resolved all issues in this case, the parties hereby stipulate that the above-entitled case be dismissed with prejudice in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a). Each party to bear its own respective fees and costs.

Dated: August 24, 2023                REMEDY LAW GROUP LLP


                                      By:  /s/ Andranik Tsarukyan
                                           ANDRANIK TSARUKYAN
                                           ARMEN ZENJIRYAN
                                           PATRICIA LYNNE MITCHELL

                                           Attorneys for Plaintiff
                                           TIN NGUYEN



Dated: October 12, 2023               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                      By:  /s/ Lisa C. Hamasaki
                                           LISA C. HAMASAKI
                                           ALLISON J. FERNANDEZ

                                           Attorneys for Defendant
                                           CHANGE HEALTHCARE
                                           TECHNOLOGIES, LLC

1

## **ATTESTATION OF CONCURRENCE IN FILING**

2          In accordance with Civil Local Rule 5-4.3.4(a)(2)(i), I attest that concurrence

3    in the filing of this document has been obtained.

4

5    DATED:  October 12, 2023                    By:  /s/ Lisa C. Hamasaki

6                                                      LISA C. HAMASAKI
                                                       ALLISON J. FERNANDEZ

7                                                      Attorneys for Defendant

8                                                      CHANGE HEALTHCARE
                                                       TECHNOLOGIES, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28